# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

VICKI WILLIMS,

    Plaintiff,

v.                                        CASE NO. 4:09cv339-RH/WCS

BOARD OF COMMISSIONERS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 7). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED." The clerk must close the file.

    SO ORDERED on October 23, 2009.

                                                   s/Robert L. Hinkle
                                                   United States District Judge